# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO,<br><br>    Plaintiff,<br><br>    v.<br><br>SIX UNKNOWN AGENTS,<br><br>    Defendants. | Case No. 1:13-cv-02105 LJO-DLB PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE IN FORMA PAUPERIS APPLICATION OR PAY FILING FEE IN FULL<br><br>**FIFTEEN-DAY DEADLINE** |

On December 30, 2013, Plaintiff filed what was construed as a civil rights complaint. Plaintiff neither filed an application to proceed in forma pauperis nor paid the $400.00 filing fee.

Within fifteen (15) days from the date of service of this order, Plaintiff shall file an application to proceed in forma pauperis or pay the $400.00 filing fee in full.  **The failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

   Dated:   **January 2, 2014**              /s/ Dennis L. Beck
                                         UNITED STATES MAGISTRATE JUDGE

1